UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 25-cr-194 |
| | : | |
| PHIL DARKWAH | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF WAIVER FOR SEPTEMBER 2, 2025 STATUS HEARING

Defendant Phil Darkwah, by and through undersigned counsel, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, hereby waives the right to be present for the September 2, 2025, status hearing in this matter. Mr. Darkwah respectfully requests the Court to proceed during his absence and agrees that his interests will be deemed represented at the status hearing by the presence of his attorney the same as if Mr. Darkwah were personally present. Mr. Darkwah further agrees to be present in court for further proceedings when required by the Court.

Mr. Darkwah acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act) and authorizes his attorney to agree to time limits, delays and other adjustments under the Speedy Trial Act on his behalf.

Date: 8/28/25

*Phil Darkwah*
_____
Phil Darkwah

Respectfully submitted,

*/s/ Marc Eisenstein*

_____

Marc Eisenstein, DC Bar No. 1007208
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Ave, NW
Second Floor
Washington, DC 20036
Tel: 703-963-7164
marc@coburngreenbaum.com

**SO ORDERED:**

_____

Hon. Loren L. AliKhan
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I caused to be delivered a true and accurate copy of the foregoing through the Court's electronic filing system to all counsel of record.

/s/
Marc Eisenstein